**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 95-7535**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAVIER CERVERA, a/k/a Jason,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. John A. MacKenzie, Senior District Judge. (CR-88-33-N, CA-95-610-N)

───────────────

Submitted: January 11, 1996          Decided: January 24, 1996

───────────────

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Susan Graham James, Montgomery, Alabama, for Appellant. Robert Williams Wiechering, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Cervera, Nos. CR-88-33-N; CA-95-610-N (E.D. Va. July 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED